DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRENNAN NORDEN,<br><br>        Defendant. | ) No.<br>)<br>) <u>COUNT 1</u>:<br>) ATTEMPTED POSSESSION OF A<br>) CONTROLLED SUBSTANCE WITH<br>) INTENT TO DISTRIBUTE<br>)   Vio. of 21 U.S.C. §§ 846 & 841(b)(1)(C)<br>)<br>)<br>)<br>) |

<u>I N D I C T M E N T</u>

The Grand Jury charges that:

<u>COUNT 1</u>

On or about December 28, 2005, the defendant, BRENAN NORDEN, within the

District of Alaska and elsewhere, did knowingly and intentionally attempt to possess with intent to distribute a controlled substance, to wit: 493 pills or more of a mixture or substance containing a detectable amount of MDMA (ECSTASY), all of which is in violation of Title 21 United States Code, Sections 846 and 841(b)(1)(C).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s\ Lawrence D. Card
LAWRENCE D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068


s\ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: deb.smith@usdoj.gov


DATED:    4/18/06