# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

   UNITED STATES OF AMERICA   v.   BRENNAN NORDEN

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                              CASE NO.  3:06-cr-00038-RRB

 Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: April 20, 2006

   **ARRAIGNMENT** on Indictment in the above-captioned case is hereby set for **Wednesday, May 24, 2006, at 9:30 a.m.,** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

[]{ARRAIGNR.WPD*Rev.3/97}