ORIGINAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
MAY 12 2006
CLERK U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:06-cr-00038-RRB |
| BRENNAN NORDEN | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Courtroom 6 |
| Before: Magistrate Judge John D. Roberts | Date and Time<br>May 24, 2006, at 9:30 a.m. |

To answer a(n)
[XXX] Indictment  [ ] Information  [ ] Complaint  [ ] Violation Notice  [ ] Probation Violation Petition

Charging you with a violation of:

Title   United States Code, Section(s)

Brief description of offense:
21:846 & 841(b)(1)(C) - ATTEMPTED POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE - Count 1

RECEIVED U.S. MARSHALS SERVICE ALASKA
APR 21 PM 3:15

| Ida Romack, Clerk of Court | April 20, 2006, at Anchorage, Alaska |
|---|---|
| Signature of Issuing Officer | Date and Location |
| by *Pamela R. Pult* Deputy Clerk | |
| Name and Title of Issuing Officer | |

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

**RETURN OF SERVICE**

Service was made by me on:¹ Guy Tavoliero (ICE)

Date: May 9, 2006

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: Robert Herz
425 G Street Suite 600  Attorney For Brennan Norden

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 5/9/2006
Date

Randy M Johnson
Name of United States Marshal

_____ USM
(by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.