MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs BRENNAN NORDEN           CASE NO. 3:06-cr-00038-RRB
Defendant: X Present    X  On Summons

BEFORE THE HONORABLE            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ELISA SINGLETON

UNITED STATES ATTORNEY:         LARRY CARD

DEFENDANT'S ATTORNEY:           ROBERT HERZ, RETAINED

U.S.P.O.:                       PATTY WONG

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT - HELD 5/24/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:30 a.m. court convened.

X Copy of Indictment given to defendant: waived reading.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X Defendant states true name: Same as above.

X PLEA  X  Not Guilty to Count 1 of the Indictment.

X Bond set at $10,000 cash or corporate.

X Conditions of Release filed.   X Appearance Bond signed and scanned.

X Pretrial motions due June 14, 2006

X Counsel advised of trial date: July 17, 2006, Final Pretrial Conference set for July 14, 2006 at 8:45 a.m.

X OTHER: Defendant to be processed by the U.S. Marshal Service.

At 9:46 a.m. court adjourned.

DATE: May 24, 2006    DEPUTY CLERK'S INITIALS:         ES

05/00