Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BRENNAN NORDEN, ) | Case No.: 3:06-cr-00038-RRB |
| ) | |
| Defendant. ) | |

### NON-OPPOSED MOTION ON SHORTENED TIME FOR EXTENSION OF TIME TO FILE MOTIONS

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. moves this court for an extension of time to file pre-tiral motions. Pursuant to the pre-trial order, pretrial motions are due to be filed on or before today, June 13, 2006, so consideration of this motion on shortened time is appropriate. Discovery was first received on June 5, 2006. Upon review of this initial discovery, counsel has determined that additional discovery is needed and further investigation is warranted based on the discovery received which must be accomplished before motions can be filed. This motion is non-opposed by the Assistant United States Attorney, Larry Card. The parties have stipulated to continue trial, which is presently scheduled for July 17, 2006. A non-opposed motion requesting to continue trial is being filed with the court as well.

DATED at Anchorage, Alaska, this 13th day of June 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on June 13, 2006, a copy of the foregoing Non-Opposed Motion was served electronically on Assistant United States Attorney s/ Robert Herz