IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>             Plaintiff,        )<br>                               )<br> vs.                           )<br>                               )<br> BRENNAN NORDEN,                )<br>                               )<br>             Defendant.        )<br>_____) | Case No.: 3:06-cr-00038-RRB |

### ORDER

Based upon the Non-Opposed Motion For Extension of Time to file Motions filed by Brennan Norden and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Motion is GRANTED.

DONE at Anchorage, Alaska, this _____ day of _____ 2006.

_____
MAGISTRATE JUDGE OF THE UNITED STATES
DISTRICT COURT

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net