IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BRENNAN NORDEN, ) | Case No.: 3:06-cr-00038-RRB |
| ) | |
| Defendant. ) | |

## NON-OPPOSED MOTION ON SHORTENED TIME TO CONTINUE TRIAL

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. moves this court on shortened time to Continue Trial. Trial is presently set for July 17, 2006. The parties agree that trial should be continued to the first week of September. This motion is non-opposed by the Assistant United States Attorney, Larry Card.

DATED at Anchorage, Alaska, this 14th day of June 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

---

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2006, a copy of the foregoing Non-Opposed Motion was served electronically on Assistant United States Attorney Larry Card s/ Robert Herz