Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.: 3:06-cr-00038-RRB |
| BRENNAN NORDEN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER

Based upon the Non-Opposed Motion on Shortened Time to Continue Trial filed by Brennan Norden and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Motion is GRANTED. Trial is set for the ____ day of September, 2006.

DONE at Anchorage, Alaska, this _____ day of _____ 2006.

_____
UNITED STATES DISTRICT COURT JUDGE