UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v.  BRENNAN NORDEN 

DATE:   June 14, 2006    CASE NO.   3:06-CR-0038-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

      A hearing on Defendant's Non-Opposed Motion on Shortened Time to Continue Trial will be held on **Monday, June 19, 2006, at 10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.


M.O. SCHEDULING HEARING