IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | |
| BRENNAN NORDEN, ) | Case No.: 3:06-cr-00038-RRB |
| Defendant. ) | |

### NON-OPPOSED MOTION ON SHORTENED TIME TO EXTEND DEADLINES FOR FILING MOTIONS

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. moves this court on shortened time to extend the deadlines for filing motions until August 7, 2006. Judge Beistline continued trial in this matter to September 25, 2006 (See Doc. No. 16). The parties have agreed and stipulated that defense motions may be filed on or before August 7, 2006 which is approximately 8 weeks before trial is scheduled to begin in this case. This motion is non-opposed by the Assistant United States Attorney, Larry Card.

DATED at Anchorage, Alaska, this 22nd day of June 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on June 22, 2006, a copy of the foregoing Non-Opposed Motion was served electronically on Assistant United States Attorney Larry Card s/ Robert Herz

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net