IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BRENNAN NORDEN, ) | Case No.: 3:06-cr-00038-RRB |
| ) | |
| Defendant. ) | |

## NON-OPPOSED MOTION TO EXTEND DEADLINE

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. moves this court for an order extending the deadline by when motions must be filed in this matter.

Counsel made a lengthy and detailed written request for discovery on April 27, 2006. After reviewing the discovery that had been received to date, counsel informed the government by letter dated July 26, 2006 that not all discovery to which the defendant was entitled had been provided. Specifically counsel requested, among other things, copies of video surveillance, copies of search warrant applications and copies of the affidavits filed in support of such applications, and copies of documents that had been seized pursuant to certain executed warrants. In particular, counsel regards these materials as essential in order to prepare motions challenging the various searches that occurred in this case.

In response to this supplemental request for discovery, the government did not claim that the defendant was not entitled to such materials but the government also did not produce these materials either. In an attempt to resolve this issue before filing a motion to

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

compel, counsel wanted to at least speak with a government attorney to determine what position the government would take on the issue. After 10 days elapsed and before the motions deadline, having not received any response to the written request, counsel attempted to contact the assigned AUSA but was not successful in reaching him until August 10, 2006. At that time, the government's attorney indicated that the defendant was indeed entitled to the materials and indicated that they would be produced forthwith. The government's counsel readily agreed to non-oppose this motion. The government's counsel also agreed that since the delay occasioned here is not a result of any conduct on the part of defendant or counsel for defendant, good cause exists to grant the motion.

Counsel for the defendant will be out of the office from August 14 through August 21, 2006 and unavailable to review any materials produced until August 22, 2006. Counsel requests that the court set August 30, 2006 as the deadline for any motions in this matter. Trial in this case is set for September 25, 2006.

DATED at Anchorage, Alaska, this 11th day of July 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on August 14, 2006, a copy of the foregoing Non-Opposed Motion was served electronically on Assistant United States Attorney s/ Robert Herz