IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| Brennan Norden, | ) ) |
| Defendant(s). | ) ) |

Case No.    3:06-CR-0038 RRB

**ORDER**

Based upon non-opposed motion filed by Brennan Norden and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the motion is GRANTED. The motions deadline is extended and the defendant may file any motions on or before August 30, 2006.

DONE at Anchorage, Alaska this _____ day of _____, 2006.

_____
MAGISTRATE JUDGE OF THE DISTRICT COURT

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net