Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>         Plaintiff,           )<br>                              )<br>vs.                           )<br>                              )<br>BRENNAN NORDEN,               )<br>                              )<br>         Defendant.           ) | Case No.: 3:06-cr-00038-RRB |

### ORDER

Based upon the non-opposed motion filed by Brennan Norden and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the motion is GRANTED. The motions deadline is extended and the defendant may file any motions on or before September 11, 2006.

DONE at Anchorage, Alaska this _____ day of _____, 2006.

_____
MAGISTRATE JUDGE OF THE DISTRICT COURT