IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BRENNAN NORDEN, ) | Case No.: 3:06-cr-00038-RRB |
| ) | |
| Defendant. ) | |

**<u>NON-OPPOSED MOTION ON SHORTENED TIME TO EXTEND DEADLINE</u>**

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. moves this court for an order extending the deadline by when motions must be filed in this matter.

Counsel made a lengthy and detailed written request for discovery on April 27, 2006. After reviewing the discovery that had been received to date, counsel informed the government by letter dated July 26, 2006 that not all discovery to which the defendant was entitled had been provided. Specifically counsel requested, among other things, copies of video surveillance, copies of search warrant applications and copies of the affidavits filed in support of such applications, and copies of documents that had been seized pursuant to certain executed warrants. In particular, counsel regards these materials as essential in order to prepare motions challenging the various searches that occurred in this case.

Mr. Norden filed a similar motion on August 14, 2006. At that time it was expected that the necessary documents and discovery would become available by August 22 and could be reviewed in time to allow the filing of any motions in this matter by August 30th.

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

However, it was not until yesterday that the government faxed additional discovery to counsel's office (August 29, 2006). Motions in this matter are due today, August 30, 2006. Receipt of these documents one day before motions were to be filed does not leave sufficient or adequate time to prepare motions in this case. In particular, copies of the search warrant applications and affidavits have now been provided. Preparation of motions pertaining to the search warrants can at least begin at this time. However, counsel is still awaiting other documents including lab report(s) and copies of documents seized in Mr. Norden's residence and vehicle. Counsel requests that the court set September 11, 2006 as the deadline for any motions in this matter. Trial in this case is set for September 25, 2006. This motion is non-opposed by Assistant United States attorney David Nesbitt.

DATED at Anchorage, Alaska, this 30th day of August 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on August 30, 2006, a copy of the foregoing Non-Opposed Motion was served electronically on Assistant United States Attorney s/ Robert Herz