Robert M. Herz
Law Offices of Robert Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Fax
Attorney for Brennan Norden

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRENNAN NORDEN, ) <br> ) <br> Defendant. ) | Case No.: 3:06-cr-00038-RRB |

## NON-OPPOSED MOTION TO EXTEND DEADLINE AND TO ACCEPT MOTION FILED ONE DAY LATE

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. moves this court for an order extending the deadline by one day and to accept motion filed one day late. Counsel requested on August 30, 2006 that the court set September 11, 2006 as the deadline for any motions in this matter. Counsel's son was hospitalized in Pediatrics ICU on August 31, 2005 at Providence Hospital after being placed on a ventilator and airlifted form Wasilla. Counsel did not return to the office to work until September 6, 2006. Counsel worked diligently on preparation of the motions thereafter. Good cause exists for the granting of this motion. This motion is non-opposed by Assistant United States attorney Crandon Randall.

DATED at Anchorage, Alaska, this 12th day of September 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on September 12, 2006, a copy of the foregoing Non-Opposed Motion was served electronically on Assistant United States Attorney s/ Robert Herz