IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>  Plaintiff,   )<br>  )<br>vs.   )<br>  )<br>BRENNAN NORDEN,   )<br>  )<br>_____Defendant._____) | Case No.: 3:06-cr-00038-RRB |

### ORDER

Based upon the non-opposed motion to extend deadline and to accept motion filed one day late filed by Brennan Norden and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the motion is GRANTED. The motion filed on September 12, 2006 is accepted for filing one day late.

DONE at Anchorage, Alaska this _____ day of _____, 2006.

_____
MAGISTRATE JUDGE OF THE DISTRICT COURT

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net