IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

United States of America, )
)
                 Plaintiff, )
)
vs. )
)
Brennan Norden, )   Case No. A06-00038 CR (RRB)
)
                 Defendant. )

## MOTION TO SUPPRESS EVIDENCE -- ILLEGAL SEARCHES AND SEIZURES

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/ granting/denying of this motion

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert M. Herz, P.C., moves to suppress all evidence directly or indirectly derived from illegal searches and seizures of an express mail package and of Mr. Norden's residence at Kasilof, Alaska.

As more fully set out in the attached memorandum, this evidence must be suppressed because it was seized in violation of rights guaranteed to Mr. Norden by the fourth amendment to the United States Constitution.

DATED at Anchorage, Alaska, this 12th day of September 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907.277.7171 • Fax 907-277-0281
E-mail rmherz@gci.net