MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

UNITED STATES v. BRENNAN NORDEN

Case No. 3-06-cr-00038-RRB-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

### MINUTE ORDER FROM CHAMBERS

**RE: Motion for Extension of Time to Late File Motion to Suppress,
Docket Nos. 24, 25**

Defendant's motions [24] and [25] for shortened time consideration to late file his motion to suppress is GRANTED. Defendant's motion to suppress received at Docket No. 26 is hereby accepted by the court. The government shall file its response/opposition to said motion on or before Noon September 18, 2006. An evidentiary hearing is hereby set for Tuesday, September 19, 2006 at 9:30 a.m.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

September 13, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-cr-00038-RRB-JDR NORDEN @24 & 25 MO Granting Mtn to Late File & Setting EH.wpd