IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

United States of America,     )
                              )
            Plaintiff,        )
                              )
vs.                           )
                              )
Brennan Norden,               )
                              )
            Defendant.        )
_____)
Case No. A06-00038 CR (RRB)

## MOTION TO SUPPRESS EVIDENCE -- DEFENDANT'S STATEMENTS

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/ granting/denying of this motion

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert M. Herz, P.C., moves to suppress statements he gave to law enforcement officers on December 28 and 29, 2005 and all evidence directly or indirectly derived from the statements.

As more fully set out in the attached memorandum, this evidence must be suppressed because it was seized in violation of rights guaranteed to Mr. Norden by the fifth amendment to the United States Constitution.

DATED at Anchorage, Alaska this 14th day of September 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net