IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                   ) | |
|         Plaintiff,     ) | |
|                   ) | |
| vs.                ) | |
|                   ) | |
| BRENNAN NORDEN,     ) | Case No.: 3:06-cr-00038-RRB |
|                   ) | |
|         Defendant.     ) | |

### ORDER

Based upon the non-opposed motion to extend deadline and to accept motion filed three days late filed by Brennan Norden and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the motion is GRANTED. The motion filed on September 14, 2006 is accepted for filing three days late.

DONE at Anchorage, Alaska this _____ day of _____, 2006.

_____

MAGISTRATE JUDGE OF THE DISTRICT COURT