IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| BRENNAN NORDEN, | ) ) Case No.: 3:06-cr-00038-RRB |
| Defendant. | ) ) |

### NON-OPPOSED MOTION ON SHORTENED TIME TO CONTINUE TRIAL

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. moves this court on shortened time to Continue Trial. Trial is presently set for September 25, 2006. Counsel has spoken with David Nesbett who non-opposes and joins in this motion to continue. Counsel has spoken with Mr. Norden who does not object to the continuance of trial. The parties agree that trial should be continued for at least 30 days. This motion is made pursuant to 18 USC §3161(h)(8)(A). The parties agree that the ends of justice are served by the court taking this action and outweigh the best interest of the public and the defendant in a speedy trial.

DATED at Anchorage, Alaska, this 18th day of September 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on September 18, 2006, a copy of the foregoing Non-Opposed Motion on Shortened Time was served electronically on Assistant United States Attorney Larry Card s/ Robert Herz

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net