IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BRENNAN NORDEN, ) | Case No.: 3:06-cr-00038-RRB |
| ) | |
| Defendant. ) | |

### ORDER

Based upon the Non-Opposed Motion on Shortened Time to Continue Trial filed by Brennan Norden and this Court being fully advised in the premises;

The court finds, based upon the reasons presented by the defendant and the government at the hearing held on September 19, 2006 and pursuant to 18 USC §3161(h)(8)(A), that the ends of justice are served by the court taking this action and outweigh the best interest of the public and the defendant in a speedy trial.

IT IS HEREBY ORDERED that the Motion is GRANTED. Trial is set for the \_\_\_\_ day of _____, 2006.

DONE at Anchorage, Alaska, this \_\_\_\_\_ day of _____ 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net