NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500
email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BRENNAN NORDEN,<br><br>　　　　　　　Defendant. | Case No. 3:06-CR-0038-RRB<br><br>**UNOPPOSED MOTION TO CONTINUE GOVERNMENT'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS**<br><br>(filed on shortened time) |

　　　　COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests two additional days to respond to the defendant's Motions to Suppress.  The evidentiary hearing on these motions has been set for October 23, 2006.  Trial has been set for November 26, 2006.

　　　　The undersigned has been out of town and needs two additional days to adequately respond to the defendant's two motions to suppress.  The government

respectfully requests, therefore, that its response be due on or before, Friday, October 6, 2006. Counsel for defendant, Mr. Herz, has been contacted and does not oppose this request.

RESPECTFULLY SUBMITTED this 4th day of October, 2006 at Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ David Nesbett
>Special Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska  99513-7567
>(907) 271-5071
>(907) 271-1500
>email: david.nesbett@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on October 4, 2006 a copy of the foregoing was served electronically on:

Robert Herz

s/David Nesbett