IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-CR-0038-RRB |
| | ) | |
| Plaintiff, | ) | **PROPOSED ORDER** |
| | ) | **REGARDING UNOPPOSED** |
| v. | ) | **MOTION TO CONTINUE** |
| | ) | **GOVERNMENT'S DEADLINE** |
| BRENNAN NORDEN, | ) | **TO RESPOND TO** |
| | ) | **DEFENDANT'S MOTION TO** |
| Defendant. | ) | **SUPPRESS** |
| | ) | |

Having considered the unopposed motion filed by the United States to extend the Government's Response Deadline in this case, IT IS HEREBY ORDERED that the Government's Response to the Defendant's Motion to Suppress is due on or before October 6, 2006.

IT IS SO ORDERED.

DATED this ____ day of October, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE