NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-CR-0038-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **CONTINUE EVIDENTIARY** |
| | ) | **HEARING** |
| BRENNAN NORDEN, | ) | |
| | ) | (filed on shortened time) |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests that the evidentiary hearing on the defendant's motions to suppress, currently set for Monday, October 23, 2006, be reset for Thursday, October 26, 2006.  Trial has been set for November 26, 2006.

The government's case agent and primary witness at the evidentiary hearing, Special Agent Guy Tavoliero, is scheduled to be out of town on Monday, October

23, 2006.  The government has contacted defense counsel, Mr. Robert Herz, who does not oppose continuing the evidentiary hearing to Thursday.

The government respectfully requests, therefore, that the court reschedule the evidentiary hearing for Thursday, October 26, 2006 at a time convenient to the court.

RESPECTFULLY SUBMITTED this <u>19th</u> day of October, 2006 at Anchorage, Alaska.

                NELSON P. COHEN
                United States Attorney

                <u>s/ David Nesbett</u>
                Special Assistant U.S. Attorney
                Federal Building & U.S. Courthouse
                222 West Seventh Avenue, #9, Room 253
                Anchorage, Alaska  99513-7567
                (907) 271-5071
                (907) 271-1500
                email: david.nesbett@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**
I hereby certify that on October 19, 2006 a copy
of the foregoing was served electronically on:

Robert Herz


<u>s/David Nesbett</u>