NELSON P. COHEN
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-066-RRB |
| | ) | |
| Plaintiff, | ) | **PROPOSED ORDER** |
| | ) | **REGARDING UNOPPOSED** |
| v. | ) | **MOTION TO CONTINUE** |
| | ) | **EVIDENTIARY HEARING** |
| BRENNAN NORDEN, | ) | |
| | ) | |
| Defendant. | ) | |

Having considered the unopposed motion filed by the United States to continue the evidentiary hearing in this case, IT IS HEREBY ORDERED that the Evidentiary Hearing presently set for Monday, October 23, 2006, is VACATED and CONTINUED to _____, ___, 2006, at _____ __. m.

IT IS SO ORDERED.

DATED this ____ day of October, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE