Robert M. Herz
Law Offices of Robert Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Fax
Attorney for Brennan Norden

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRENNAN NORDEN, )<br>)<br>Defendant. ) | Case No.: 3:06-cr-00038-RRB |

**NON-OPPOSED MOTION FILED ON SHORTENED TIME TO ALLOW WITNESSES TO APPEAR TELEPHONICALLY**

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. moves this court for an order allowing witnesses Carol J. Marsh and Carol Joyce to appear telephonically at the evidentiary hearing that is scheduled for Thursday, October 26, 2006 at 9:30 a.m. Both witnesses are employees of the United States Postal Service and work in Kasilof, Alaska. The witnesses will be served a subpoena to testify in the evidentiary hearing. Allowing them to appear telephonically will avoid costs of and alleviate unnecessary travel time and alleviate hours of missed work. This motion is non-opposed by Assistant United States attorney David Nesbett.

DATED at Anchorage, Alaska, this 20th day of October 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on October 20, 2006, a copy of the foregoing Non-Opposed Motion was served electronically on Assistant United States Attorney s/ Robert Herz