IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| Brennan Norden, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Case No. A06-00038 CR (RRB)

**ORDER**

Based upon the Motion to Allow Witnesses to Appear Telephonically and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the motion is GRANTED. Witnesses Carol J. Marsh and Carol Joyce may appear telephonically at the Evidentiary Hearing that is scheduled for Thursday, October 26, 2006 at 9:30 a.m.

DONE at Anchorage, Alaska this _____ day of _____, 2006.

_____
MAGISTRATE JUDGE OF THE DISTRICT COURT

**Law Offices of Robert Herz, P.C.**
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net