(Rev 10/06)

# LIST OF EXHIBITS

Case No. 3:06-CR-00038-RRB    Magistrate Judge: **JOHN D. ROBERTS**

Title      U.S.A.
      vs.
           BRENNAN NORDEN

Dates of Hearing:   October 26, 2006 thru October 31, 2006

Deputy Clerk/Recorder:   S. Lucero

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| David Nesbett | Robert Herz |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | A | ✓ | 10-26-06 | photo |
| | | | | B | ✓ | 10-26-06 | photo |
| | | | | C | ✓ | 10-26-06 | photo |
| | | | | D | ✓ | 10-26-06 | Sketch-diagram |
| | | | | E | ✓ | | printout |
| | | | | F | ✓ | | printout |
| | | | | G | ✓ | | photo |
| | | | | H | ✓ | | photo |