```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.   BRENNAN NORDEN            CASE NO. 3:06-CR-00038-RRB
Defendant:  X Present    X On Bond

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:     DAVID NESBETT

DEFENDANT'S ATTORNEY:        ROBERT HERZ

PROCEEDINGS: EVIDENTIARY HEARING ON MOTION TO SUPPRESS
             (DKT 26 & 31) Held 10/26/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:31 a.m. court convened.

Joseph Scott Gamache sworn and testified on behalf of the plaintiff. Defendant's exhibits A, B, C, D **ADMITTED.**

Court and counsel heard re scheduling continued hearing and defendant's witnesses.

Continued Evidentiary Hearing set for **10/30/06 at 10:30 a.m.**

Exhibits retained by counsel.

At 12:24 p.m. court adjourned.

DATE:   October 26, 2006        DEPUTY CLERK'S INITIALS:    SCL