```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs. __BRENNAN NORDEN__   CASE NO. __3:06-CR-00038-RRB__
Defendant: _X_ Present   _X_ On Bond

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____SUZANNETTE LUCERO_____

UNITED STATES' ATTORNEY: _____DAVID NESBETT_____

DEFENDANT'S ATTORNEY: _____ROBERT HERZ_____

PROCEEDINGS: CONTINUED EVIDENTIARY HEARING ON MOTIONS TO SUPPRESS
(DKT 26 & 31) Held 10/30/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:33 a.m. court convened.

Joseph Scott Gamache sworn and testified on behalf of the plainitff.

Guy Tavoliero sworn and testified on behalf of the plainitff.

Defendant's exhibits E and F **IDENTIFIED.**

At 12:32 p.m. court recessed.
At 12:46 p.m. court reconvened.

Guy Tavoliero sworn and testified on behalf of the defendant.

At 1:08 p.m. court recessed.
At 1:37 p.m. court reconvened.

Kenneth John Solek, Jr. sworn and testified on behalf of the defendant.

At 2:04 p.m. court recessed.
At 2:22 p.m. court reconvened.

Brennan Norden sworn and testified on his own behalf.

At 3:28 p.m. court recessed.
At 3:39 p.m. court reconvened.

Carol Jeanne Marsh sworn and testified on behalf of the defendant telephonically.

Exhibits retained by counsel.

At 3:50 p.m. court adjourned.

*OFF RECORD NOTE: Court advised clerk to order daily transcripts for the October 26 and October 30 hearing. Continued Evidentiary Hearing set for **10/31/06 at 3:00 p.m.**

DATE: __October 30, 2006__   DEPUTY CLERK'S INITIALS: __SCL__