MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   BRENNAN NORDEN              CASE NO. 3:06-CR-00038-RRB
Defendant:  X Present    X On Bond

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:     DAVID NESBETT

DEFENDANT'S ATTORNEY:        ROBERT HERZ

PROCEEDINGS: CONTINUED EVIDENTIARY HEARING ON MOTION TO SUPPRESS
             (DKT 26 & 31) Held 10/31/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:05 p.m. court convened.

Carol Joyce sworn and testified on behalf of the defendant telephonically.

Mitchell Vanicek sworn and testified on behalf of the defendant.

Arguments heard.

Court heard; matters taken **UNDER ADVISEMENT**, written ruling to issue.

Court retained defendant's exhibits A, B, C for review and will return to counsel.

At 4:30 p.m. court adjourned.

List of Witnesses and List of Exhibits to be filed separately.

*OFF RECORD NOTE: Court advised clerk to order expedited transcript of today's hearing.

DATE:   October 31, 2006        DEPUTY CLERK'S INITIALS:    SCL