IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BRENNAN NORDEN, ) | Case No.: 3:06-cr-00038-RRB |
| ) | |
| Defendant. ) | |

**NON-OPPOSED MOTION ON SHORTENED TIME FOR EXTENSION OF TIME TO FILE OBJECTIONS**

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. moves this court for an extension of time to file objections to the Magistrate's Recommendation Regarding Motions to Suppress dated November 8, 2006. Mr. Norden moved to suppress all evidence derived from the search and seizure of an express mail package and of his residence. Docket No. 26. He also moved to suppress statements he gave to law enforcement officers, and any evidence derived therefrom. Docket No. 31. An evidentiary hearing was conducted over the course of approximately three days ending on the afternoon of October 31, 2006. The Magistrate's Recommendation is 27 pages in length and as noted above was issued on November 8, 2006.

Counsel has been out of the office ill since Tuesday, November 7, 2006 and did not return to work until yesterday, November 14, 2006. The Magistrate's Recommendation required that any Objections be filed by Noon, on Wednesday, November 15, 2006, which is today's date. Counsel did not learn of the issuance of the Recommendation until yesterday when counsel first returned to the office. Counsel has had insufficient time to study the Magistrate's Recommendation and to draft any objections.

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

Counsel is requesting until Monday, November 20, 2006 to file any objections. Counsel has spoken with AUSA David Nesbitt who non-Opposes this motion.

DATED at Anchorage, Alaska, this 15th day of November 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on November 15, 2006, a copy of the foregoing Non-Opposed Motion on Shortened time was served electronically on Assistant United States Attorney s/ Robert Herz

Non-Opposed Mtn. on Shortened Time for Extension of Time to File Objections.
Page 2 of 2

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net