IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,            )
                                     )
        Plaintiff,                   )
                                     )
vs.                                  )
                                     )
BRENNAN NORDEN,                      )   Case No.: 3:06-cr-00038-RRB
                                     )
        Defendant.                   )
_____)

### ORDER

Based upon the Non-Opposed Motion For Extension of Time to file Objections to the Magistrate's Recommendation Regarding Motion to Suppress filed by Brennan Norden and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Motion is GRANTED. Mr. Norden shall file any objections by November 20, 2006.

DONE at Anchorage, Alaska, this _____ day of _____ 2006.

_____
MAGISTRATE JUDGE OF THE UNITED STATES
DISTRICT COURT

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net