MINUTES OF THE UNITED STATES DISTRICT COURT
                    DISTRICT OF ALASKA

U.S.A. vs. BRENNAN NORDEN            CASE NO. 3:06-cr-00038-RRB
Defendant:  X Present-Telephonic  X On Bond

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES' ATTORNEY:       DAVID NESBETT

DEFENDANT'S ATTORNEY:          ROBERT HERZ

PROCEEDINGS: FINAL PRETRIAL CONFERENCE HELD NOVEMBER 21, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. court convened.

Court and counsel heard re defendant's unopposed oral motion to continue trial; **GRANTED.** Trial by Jury previously set for November 27, 2006 at 8:30 a.m. is **VACATED** and reset for **January 16, 2007 at 8:30 a.m.** Final Pretrial Conference set for **January 9, 2007 at 8:45 a.m.** Court found excludable delay under 18 U.S.C. § 3161 (h)(8)(B)(i).

Court and counsel heard re defendant's oral motion to continue the due date to **November 21, 2006** for the objections to R&R Deadline**; GRANTED.**

Defendant's conditions of release remain as previously set.

At 9:05 a.m. court adjourned.

DATE:    November 21, 2006        DEPUTY CLERK'S INITIALS:   ak