IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRENNAN NORDEN,<br><br>　　　　Defendant. | Case No. 3:06-cr-0038-RRB<br><br>**ORDER REGARDING MOTIONS TO SUPPRESS** |

　　　　Before the Court, at Dockets 26 and 31, are two Motions to Suppress Evidence filed by Defendant.  The Court has considered the relevant pleadings, including the Magistrate Judge's Recommendation at Docket 53, the parties' objections thereto, and the Final Recommendation at Docket 59.  The Court agrees with the well-reasoned recommendations and adopts them in their entirety.

　　　　Therefore, Defendant's Motion to Suppress Evidence - Illegal Searches and Seizures - at **Docket 26** is **DENIED**, and Defendant's Motion to Suppress Evidence - Statements - at **Docket 31** is **GRANTED.**

　　　　ENTERED this 22nd day of December, 2006.

　　　　　　　　　　　　　　　S/RALPH R. BEISTLINE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE