# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

USA   v.   BRENNAN NORDEN

DATE:   March 23, 2007        CASE NO.   3:06-CR-0038-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
CHANGING TIME FOR HEARING**

===============================================================

      The **time** for the final pretrial conference on **April 30, 2007**, is **changed** from 9:00 a.m. to **8:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.