UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


USA  v.  NORDEN

DATE:  April 30, 2007          CASE NO.   3:06-CR-0038-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

A hearing on Defendant's unopposed motion to continue trial will be held on **April 30, 2007**, at **1:30 p.m.,** in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING