```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
```

                        USA   v.   NORDEN

DATE:   June 19, 2007   CASE NO.   3:06-CR-0038-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING HEARING**

---

Due to a judicial scheduling conflict, the final pretrial conference scheduled in this matter for June 22, 2007, is **RESCHEDULED** and will be held on **Thursday, June 21, 2007, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.