NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-CR-0038-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **RESCHEDULE STATUS** |
| | ) | **HEARING** |
| BRENNAN NORDEN, | ) | |
| | ) | (filed on shortened time) |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests that the status hearing currently set for Friday, October 12, 2007, at 10:30 a.m. be reset for a later time.  Counsel for the government will be on an airline flight at the currently scheduled time.  The government has contacted defense counsel, Mr. Robert Herz, who does not oppose rescheduling the hearing to a time between 11:30 a.m. and 2:00 p.m. on October 12, 2007.

The government respectfully requests, therefore, that the court reschedule the status hearing for Friday, October 12, 2007, between 11:30 a.m. to 2:00 p.m.

RESPECTFULLY SUBMITTED this 11th day of October, 2007 at Anchorage, Alaska.

                NELSON P. COHEN
                United States Attorney

                s/ Bryan Schroder
                BRYAN SCHRODER
                Assistant U.S. Attorney
                Federal Building & U.S. Courthouse
                222 West Seventh Avenue, #9, Room 253
                Anchorage, Alaska  99513-7567
                (907) 271-5071
                (907) 271-1500
                email: bryan.schroder@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on October 11, 2006 a copy
 of the foregoing Unopposed Motion to
Reschedule Status Hearing was served electronically on:

Robert Herz


s/Bryan Schroder