NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | Case No. 3:05-cr-066-RRB |
| ) | |
| Plaintiff,   ) | **PROPOSED ORDER** |
| ) | **REGARDING UNOPPOSED** |
| v.     ) | **MOTION TO RESCHEDULE** |
| ) | **STATUS HEARING** |
| BRENNAN NORDEN,     ) | |
| ) | |
| Defendant.     ) | |

Having considered the unopposed motion filed by the United States to reschedule the status hearing in this case, IT IS HEREBY ORDERED that the status hearing presently set for Friday, October 12, 2007 at 10:30 a.m.  is rescheduled for October 12, 2007 at _____ __. m.

       IT IS SO ORDERED.

       DATED this ____ day of October, 2007, at Anchorage, Alaska.

                              _____
                              UNITED STATES DISTRICT COURT JUDGE