IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                          )<br>                            Plaintiff,          )<br>                                                          )<br>vs.                                                       )<br>                                                          )<br>BRENNAN NORDEN,                          )<br>                                                          )<br>_____Defendant._____)  | <br><br><br><br><br>Case No.: 3:06-cr-00038-RRB |

## NOTICE OF INTENT TO CHANGE PLEA

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. hereby gives notice of his intent to change his plea in the above captioned matter.

DATED at Anchorage, Alaska, this 20th day of November 2007.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

(sidebar) Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on November 20, a copy of the foregoing Notice of Intent to Change Plea was served electronically on Assistant United States Attorney s/ Robert Herz