IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| BRENNAN NORDEN, | ) | Case No.: 3:06-cr-00038-RRB |
| Defendant. | ) | |

### NON-OPPOSED MOTION ON SHORTENED TIME TO RESCHEDULE CHANGE OF PLEA HEARING

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. hereby moves this court for an order rescheduling the change of plea hearing in this case from Monday, November 26, 2007 to some time during the week of December 3, 2007.

Counsel received a copy of the proposed draft plea agreement on Thursday, November 15, 2007 and mailed a copy to the defendant that day. Mr. Norden received the proposed draft plea agreement today. Counsel and client have had insufficient time to review the content of the plea agreement. Moreover, counsel has spoken to both AUSA Russo and AUSA Schroder about amending some technical language in the draft and that cannot be accomplished before Monday, because the assigned attorney, AUSA Brian Schroder will be out of the office until Tuesday, November 27, 2007. Under the circumstances, the parties believe it is neither practical nor realistic to schedule a change of plea hearing on the proposed date of Monday November 26, 2007. The parties agree that a change of plea hearing should be scheduled during the week of December 3, 2007.

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

DATED at Anchorage, Alaska, this 20th day of November 2007.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on November 20, 2007, a copy of the foregoing Non-Opposed Motion was served electronically on Assistant United States Attorney s/ Robert Herz