Robert M. Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                                 )<br>                         Plaintiff,            )<br>                                                                 )<br>vs.                                                           )<br>                                                                 )<br>BRENNAN NORDEN,                         )<br>                                                                 )<br>                         Defendant.        ) | Case No.: 3:06-cr-00038-RRB |

## NON-OPPOSED MOTION TO CONTINUE SENTENCING AND EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE REPORT

> A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. hereby moves this court to continue the sentencing that is presently scheduled for Wednesday, February 20, 2008 and for an extension of time to file objections to the presentence report which are due on Monday, February 4, 2008.

Counsel is presently in trial in State Court that commenced on Monday, January 28, 2008 in State vs. Dwight, 3AN-S03-7582 Cr., a multi count felony case involving charges for sexual assault in the first degree, assault in the first degree and assault in the second degree. The case is expected to last at least two weeks and perhaps three weeks.

Counsel requests sentencing be scheduled for March 5, 2008. Counsel will be out of state from March 8 through March 17, 2008. USPO Patty Wong has indicated that if

objections are filed by February 14, 2008 she would be able to timely file the final report.

AUSA Brian Schroder has non-opposed this request

DATED at Anchorage, Alaska, this 4th day of February 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on February 4, 2008, a copy of the foregoing Non-Opposed Motion was served electronically on Assistant United States Attorney s/ Robert Herz