Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                    )<br>                      Plaintiff,         )<br>                                                    )<br>vs.                                              )<br>                                                    )<br>BRENNAN NORDEN,                   )<br>                                                    )<br>_____Defendant._____) | Case No.: 3:06-cr-00038-RRB |

### ORDER

Based upon the non-opposed motion to continue sentencing and extension of time to file objections to the presentence report filed by Brennan Norden and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the motion is GRANTED.  Sentencing is continued to the _____ day of _____, 2008 at _____ a.m./p.m.

IT IS FURTHER ORDERED that objections to the presentence report are due on the _____ day of _____, 2008.

DONE at Anchorage, Alaska this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE