Robert M. Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRENNAN NORDEN, ) <br> ) <br> Defendant. ) | Case No.: 3:06-cr-00038-RRB |

## NON-OPPOSED MOTION TO CONTINUE SENTENCING AND REQUEST FOR SCHEDULING CONFERENCE

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. hereby moves this court to continue the sentencing that is presently scheduled for Thursday, March 6, 2008 based upon the representations of Mr. Brennan's physician and for the reasons stated therein. A copy of the doctor's letter opinion dated February 21, 2008 is attached herewith. Counsel has spoken with government counsel Bryan Schroder, and the government non-opposes this motion based upon the representations of the physician. The parties jointly request a scheduling conference be held sometime the week of March 24, 2008 on a date and time convenient for the court.

/ / /

/ / /

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

DATED at Anchorage, Alaska, this 26th day of February 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on February 26, 2008, a copy of the foregoing Non-Opposed Motion was served electronically on Assistant United States Attorney s/ Robert Herz