# PENINSULA INTERNAL MEDICINE, P.C.

PEGGIE A. BENSCH, M.D. • JOHN P. BRAMANTE, M.D.
JEFFREY J. McDONALD, M.D. • WILLIAM J. KELLEY, M.D. • KRISTIN M. MITCHELL, M.D.

February 21, 2008

RE: Brennen Norden

To Whom It May Concern:

Brennen is a thirty-year-old who I understand has some upcoming legal issues, the result of which could possibly be incarceration. Brennen had an acute injury in October and then worsening of that right around New Year. That brought him to medical attention. An MRI showed significant lumbar disc disease with nerve root compression that explained his fairly severe back and lower extremity pain. He has been working with physical therapy. He has been attending to all of his appointments with both myself and with physical therapy. He was making some progress until recently when he had a worsening of his symptoms including some loss of sensation. This suggests higher-grade nerve root compression with loss of function. As such he requires fairly immediate diagnostic and possibly therapeutic (interventional or surgical) therapies. Scheduling for that is underway.

Consequently, deferring his legal proceedings and certainly deferring incarceration are in his best interest as I think he is likely to require substantial intervention to repair his low back injury and ultimately allow him to functional optimally after his legal troubles have resolved.

Please do not hesitate to contact me if further information is necessary.

Sincerely,

John P. Bramante, M.D.

JPB/tlb

247 North Fireweed, Suite A • Soldotna, Alaska 99669-7593 • Phone: (907) 262-8597 • Fax: (907) 262-6516