NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-CR-0038-RRB |
| ) | |
| Plaintiff, ) | **UNITED STATES' MOTION TO** |
| ) | **APPEAR TELEPHONICALLY** |
| vs. ) | |
| ) | |
| BRENNAN NORDEN, ) | **Filed on Shortened Time** |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

    COMES NOW, the United States of America, by and through counsel, and moves this court, on shortened time, for permission to appear telephonically at the Status Conference set for 9:00 a.m. on March 6, 2008, in Anchorage, Alaska.  The

reason for this request is that undersigned counsel will be in Fairbanks on the same date.

RESPECTFULLY SUBMITTED this 5th day of March, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Bryan Schroder
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
Bryan.schroder@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on March 5, 2008, a copy of the foregoing, was served, via Electronic Filing, on:

Robert M. Herz

s/Bryan Schroder
Office of the U.S. Attorney