IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-CR-0038-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **[PROPOSED] ORDER** |
| | ) | |
| BRENNAN NORDEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS SO ORDERED. Plaintiff may appear by telephone for the Status Conference set for March 6, 2008 at 9:00 a.m.

Dated:_____   _____
                                                                       RALPH R. BEISTLINE
                                                                       United States District Judge