MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. BRENNAN NORDEN          CASE NO. 3:06-CR-00038-RRB
Defendant: X Present  Telephonic  X On Bond

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        SAMANTHA LARK

UNITED STATES' ATTORNEY:      BRYAN SCHRODER - TELEPHONIC

DEFENDANT'S ATTORNEY:         ROBERT M. HERZ - TELEPHONIC

U.S.P.O.:                     PATTY WONG

PROCEEDINGS: SCHEDULING CONFERENCE HELD 03/06/2008:
-------------------------------------------------
At 9:13 a.m. court convened.

Court and counsel heard re telephonic appearances.

Court and counsel heard re defendant's back injury, consultation date and parties sentencing memorandums.

Status Conference set **April 23, 2008 at 9:00 a.m.**

Court ordered Mr. Herz to notify court if consultation date re defendant's back injury is changed, court to set a Status Conference on this date if possible.

Defendant's conditions of release remain as previously set.

At 9:23 a.m. court adjourned.

DATE: March 6, 2008                DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07