```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs.     BRENNAN NORDEN     CASE NO. 3:06-CR-00038-RRB
Defendant:  X Present Telephonic  X On Bond

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY:     BRYAN SCHRODER

DEFENDANT'S ATTORNEY:        ROBERT HERZ

U.S.P.O.:                    PATTY WONG

PROCEEDINGS: STATUS CONFERENCE HELD APRIL 23, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

Court and counsel heard re defendant's health issues, sentencing dates and pleadings the parties need to file.

Imposition of Sentence set for **June 2, 2008 at 9:00 a.m.**

Court and counsel heard re Pretrial Service's oral motion to have the defendant sign the authorization for the release of medical records; **GRANTED** defendant to sign release of medical records regarding back injury.

Defendant's conditions of release to remain as previously set.

At 9:11 a.m. court adjourned.

DATE:     APRIL 23, 2008        DEPUTY CLERK'S INITIALS:   AXG

Revised 6-18-07