**AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. _____BRENNAN NORDEN_____ CASE NO. _3:06-CR-00038-RRB_
Defendant: _X_ Present Telephonic _X_ On Bond

BEFORE THE HONORABLE: _____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER: _____ALEXIS GUTIERREZ_____

UNITED STATES' ATTORNEY: _____BRYAN SCHRODER_____

DEFENDANT'S ATTORNEY: _____ROBERT HERZ_____

U.S.P.O.: _____PATTY WONG_____

PROCEEDINGS: STATUS CONFERENCE HELD APRIL 23, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

Court and counsel heard re defendant's health issues, sentencing dates and pleadings the parties need to file.

Imposition of Sentence set for **June 2, 2008 at 9:00 a.m.**

Court and counsel heard re Pretrial Service's oral motion to have the defendant sign the authorization for the release of medical records; **\***Court ordered that if the defendant does not sign a release of medical records for the probation officer then Mr. Herz to provide copies of the medical records, regarding the defendant's back injury, to the Probation Officer.

Defendant's conditions of release to remain as previously set.

At 9:11 a.m. court adjourned.

**\*Amended Information.**

DATE: _____May 2, 2008_____ DEPUTY CLERK'S INITIALS: __AXG__

Revised 6-18-07