Robert M. Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRENNAN NORDEN, ) <br> ) <br> Defendant. ) | Case No.: 3:06-cr-00038-RRB |

**MOTION ON SHORTENED TIME TO CONTINUE SENTENCING AND REQUEST FOR SCHEDULING CONFERENCE**

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. hereby moves this court on shortened time to continue the sentencing that is presently scheduled for Monday, June 2, 2008. This motion is based upon the representations of Mr. Norden's surgeon with whom counsel personally spoke with yesterday. Mr. Norden requests a scheduling conference be held June 2, 2008 and that he be allowed to appear telephonically at such hearing. In support of this motion counsel avers and certified by his signature below as follows:

1. Counsel spoke with Davis Peterson, M.D. on Thursday, May 29, 2008. Dr. Peterson has been treating Mr. Norden since April 17, 2008. Dr. Peterson runs his clinical practice at the Anchorage Fracture and Orthopedic Clinic and is board certified in Orthopedic Surgery.

2. Dr. Peterson diagnosed Mr. Norden, on April 17, 2008 "with severe back and radiating left leg pain into the antero-lateral leg consistent with an L5 radicular pattern with 1cm calf atrophy."

3. On April 25, 2008, Dr. Peterson performed a micro-discectomy on the left L4-5 lumbar disc. Typically the recovery period is six to eight weeks and then physical therapy and rehabilitation begins. Following surgery Dr. Peterson typically follows his patients closely for several weeks. During this period of time, Mr. Norden continued to experience problems with his back and his recovery was not proceeding as expected.

4. Two days ago, on Wednesday, May 28, 2008, Dr. Peterson saw Mr. Norden for a post-surgery follow up assessment and determined that there were still fragments of disc present that are causing problems for Mr. Norden. A second surgery to remove these disc fragments from Mr. Norden's spinal area is planned for next week, the first week of June. Dr. Peterson feels that it is very important for this second surgery to take place if Mr. Norden is to achieve a full recovery.

5. According to Dr. Peterson, following surgery Mr. Norden will remain hospitalized for several days to assure that his recovery will proceed well and this will avoid Mr. Norden travelling back to Kasilof right after surgery. Travel during the few days immediately following surgery is a period of time when Mr. Norden could easily re-injure himself.

6. Dr. Peterson indicated that Mr. Norden should be fit for travel and could appear at sentencing in thirty days or a time thereafter that is convenient for the court.

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

In addition to the facts recited above, counsel would note that at the last hearing on April 23, 2008 the court was apprised of Mr. Norden's impending surgery that was scheduled two days later. Counsel suggested the court schedule a status hearing in four to six weeks since it would not be known what Mr. Norden's health would be like in thirty days. The government requested a sentencing date be set. The court scheduled a sentencing date but indicated that if Mr. Norden's health condition prevented the sentencing from taking place as scheduled then the court would hold a status hearing.

Moreover, counsel would note that the government has not filed any sentencing memorandum, or other motions which are anticipated as well, and which need to be filed before sentencing in this case. Consequently, it does not appear as though the government could proceed as scheduled in any event. Counsel has not filed a sentencing memorandum either, however, this was done in light of Mr. Norden's condition and his anticipated inability to proceed with sentencing as presently scheduled.

Counsel advised AUSA Schroeder of the above recited medical facts as provided by Dr. Peterson yesterday, and the government is aware that this motion would be filed on shortened time.

For all of the above reasons the sentencing in this matter should be continued, and a status hearing held on June 2, 2008 at 9:00 a.m. and Mr. Norden should be permitted to appear at such hearing telephoically.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

DATED at Anchorage, Alaska, this 30th day of May 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on May 30, 2008, a copy of the foregoing Motion was served electronically on Assistant United States Attorney s/ Robert Herz