IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>           Plaintiff,          )<br>                               )<br>vs.                            )<br>                               )<br>BRENNAN NORDEN,                )<br>                               )<br>           Defendant.          ) | Case No.: 3:06-cr-00038-RRB |

**PROPOSED ORDER**

Based upon the motion filed on shortened time to continue the change of plea hearing filed by Brennan Norden and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the motion is GRANTED. The change of plea hearing will be rescheduled. A date and time will be set at the status hearing. A status hearing will be held on June 2, 2008 at 9:00 a.m. Mr. Norden may appear telephonically at that hearing.

DONE at Anchorage, Alaska this _____ day of _____, 2008.

_____
JUDGE OF THE DISTRICT COURT

**Law Offices of Robert Herz, P.C.**
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net