```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. ____BRENNAN NORDEN_____ CASE NO. _3:06-CR-00038-RRB_
Defendant: X_Present Telephonically X_On Bond

BEFORE THE HONORABLE:_____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER:_____DENALI ELMORE_____

UNITED STATES' ATTORNEY:___BRYAN SCHRODER_____

DEFENDANT'S ATTORNEY:_____ROBERT HERZ_____

U.S.P.O.:_____PATTY WONG_____

PROCEEDINGS: SCHEDULING HEARING HELD 6/2/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:05 a.m. court convened.

Court and counsel heard.

Imposition of Sentence set for **July 2, 2008 at 10:30 a.m.**

Defendant's conditions of release remain as previously set.

At 9:16 a.m. court adjourned.

DATE:_____JUNE 2, 2008_____ DEPUTY CLERK'S INITIALS:__DJE__

Revised 6-18-07