NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. 3:06-CR-0038-RRB |
| ) | |
| Plaintiff,         ) | **UNOPPOSED MOTION TO** |
| ) | **CONTINUE SENTENCING** |
| vs.         ) | |
| ) | FILED ON SHORTENED TIME |
| BRENNAN NORDEN,         ) | |
| ) | |
| Defendant.         ) | |
| ) | |

COMES NOW Plaintiff, the United States of America, and moves the Court on shortened time to reset the Wednesday, July 3, 2008, sentencing hearing in the above captioned case. Yesterday, June 25, 2008, the Defendant provided the Government with a number of affidavits and supporting medical records related to his recent back surgery. Those documents were filed under seal the previous day, but were unavailable to the Government until yesterday.

Contrary to the Court's previous orders, including during the last evidentiary hearing when defense counsel agreed to provide medical records, these are the first medical records the defendant has provided to the Government or the Probation and Pretrial Services Officer. The affidavits purport that the defendant cannot get adequate medical care for his back condition within the Bureau of Prisons (BOP), thus he should receive a sentence of home confinement instead of imprisonment.

The Government believes that the conclusions provided by the defendant about the capabilities of the Bureau of Prisons medical care system are likely incorrect. The 2008 Bureau of Prisons Legal Resource Guide generally states that:

> Because of the extensive medical services the BOP provides, a defendant's medical condition generally will not preclude a sentence to BOP custody. When serious health concerns are an issue in a designation decision, the DSCC [Designation and Sentence Computation Center] will refer the case to the BOP's Office of Medical Designations and Transportation in the Health Services Division, in the Central Office. A specific institution is designated with attention to the urgency of need; institution capability; current bed space availability; and security concerns.

However, because of the specific nature of the defendant's affidavits, including an affidavit from a former BOP official (now acting as a private consultant), the Government feels compelled to seek an evaluation from BOP on the defendant's claims.

The Government is put in a difficult position by the defendant's last minute filing. While we want no additional delay in the sentencing, we cannot reasonably address the defendant's claims, and provide the full range of information to the court, without

assistance. We also need the opportunity to determine if all the appropriate medical records have been provided. The Government has contacted BOP and arranged for review and evaluation of the documents. BOP has requested 30 days to provide the evaluation.

WHEREFORE plaintiff respectfully requests that the sentencing hearing be reset at a time during the week of August 4, 2008 that would be convenient for the Court.

RESPECTFULLY SUBMITTED this 26th day of June, 2008, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Rm. 253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
Bryan.schroder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2008, that a true and correct copy of the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING FILED ON SHORTENED TIME** was served via Electronic Filing, on:

Robert Herz**,** Esq.

s/Bryan Schroder
Office of the U.S. Attorney

U.S. v. Norden
3:06-cr-00038-RRB                             3