IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-CR-0038-RRB |
| | ) | |
| Plaintiff, | ) | [Proposed] **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| BRENNAN NORDEN, | ) | |
| | ) | |
| Defendant. | ) | |

　　　IT IS SO ORDERED. Plaintiff's Motion On Shortened Time is Granted/Denied. Sentencing Hearing is rescheduled for _____, 2008, at _____a.m./p.m.

　　　Dated:_____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge