Robert M. Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BRENNAN NORDEN,<br><br>　　　　　　　Defendant. | Case No.: 3:06-cr-00038-RRB |

**RESPONSE TO GOVERNMENT'S MOTION ON SHORTENED TIME TO CONTINUE SENTENCING: CONDITIONAL NON-OPPOSITION**

A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

　　　　Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. hereby responds to the government's motion on shortened time to continue the sentencing that is presently scheduled for Wednesday, July 2, 2008.

　　　　1. First, the government's motion purports to be "unopposed." No one from the government spoke with anyone in the undersigned's office concerning the filing of the government's motion. The government had no knowledge concerning Mr. Norden's position about the government's proposed motion before the government filed same and therefore the government could not appropriately make any representation to the court about Mr. Norden's position.

2. Moreover, contrary to the government's assertions, Mr. Norden served the courtesy copies of the sentencing documents in question by hand delivery through a courier on June 24, 2008 *a day before* the documents were filed under seal with the court. The documents were filed with the court on June 25 not June 24.

3. Third, at the status hearing on April 23, 2008, USPO Wong requested a court order requiring Mr. Norden to disclose medical records to her. The court correctly noted that it could not order the production of such records. Mr. Norden, however, indicated that he would voluntarily provide the records to the USPO Wong and to the government. At the last stutus hearing (not evidentiary hearing as asserted by the government), held on June 2, 2008 the government requested copies of the medical records again. Mr. Norden indicated they had not been received yet and would be disclosed after they were obtained.

4. Mr. Norden disclosed the documents in a timely fashion after having counsel review them and after counsel had an opportunity to consult with Mr. Norden's treating physician and his sentencing consultant about their contents, meaning and possible impact on sentencing. Dr. Bramante did not execute his declaration until June 24, 2008 and Phillip Wise did not execute his declaration until June 24, 2008, as well. Mr. Norden was not in any way attempting to take advantage by means of the timing of these disclosures and in fact anticipated the government might wish to seek a continuance to evaluate the claims and documents prior to sentencing.

5. The government is on notice that the breadth of defendant's filings allege more than simply BOP cannot adequately provide medical care for Mr. Norden's back condition. Mr. Norden has a serious mental health condition that is now being effectively treated with drugs that are not available through BOP and that the environmental conditions within a prison facility will dramatically affect Mr. Norden's mental health condition in a negative way.

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

6. The government's reliance on the BOP Legal Resource Guide's self-serving statement about how good the available medical services are within BOP is not surprising. However, the government's "belief" that Mr. Norden is likely incorrect in concluding that BOP's medical services will be inadequate given Mr. Norden's unique circumstances is surprising. Mr. Norden did not reach his conclusions lightly, and are based on the authoritative opinions of Phillip Wise. The government should closely note Mr. Wise's credentials in paragraph one of his declaration. He is not simply a former BOP official. He served as the Assistant Director of the Federal Bureau of Prisons, with responsibility for Health Care for the Agency. He was responsible for formulation of health care policies for the agency. He has also served as a Warden for a Federal Medical Center (FMC), and a former Warden for a Federal Prison Camp. Mr. Wise's C.V. was attached to his declaration, and provided to the government.

7. The government's desire to evaluate the medical information provided is understandable and Mr. Norden welcomes the scrutiny. The government and the court should fairly evaluate all the information provided in reaching a sentencing decision in this case.

8. However, Mr. Norden does not see how sentencing can proceed on August 4, 2008. If the BOP is requesting 30 days to provide an evaluation such evaluation will not be available until July 26 at the earliest (a Saturday). The government is requesting a sentencing date one week later. This does not provide adequate time for Mr. Norden to be prepared to rebut the government's claims. Mr. Norden should be provided adequate time to review the BOP evaluation. If the BOP determination of its capabilities is contrary to Mr. Norden's position, Mr. Norden will need time to consult with Doctors Peterson, Branmante, and Campbell as well as with Phillip Wise, the former high ranking BOP official and expert on BOP medical care about the claims being made by BOP. It very well may become necessary for these various doctors and Mr. Wise to testify at sentencing. Coordinating a time when all these professionals can be available on the same date requires adequate lead-time to arrange. One week's notice is not

enough.

9.  For all of the above reasons, Mr. Norden does not object to the sentencing being continued, and a status hearing held sometime the week of August 4, 2008. Mr. Norden requests permission to appear at such hearing telephonically.

DATED at Anchorage, Alaska, this 26th day of June 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on June 26, 2008, a copy of the foregoing Reply was served electronically on Assistant United States Attorney s/ Robert Herz