NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No. 3:06-CR-0038-RRB |
| ) | |
| Plaintiff,   ) | **ERRATA TO MOTION TO** |
| ) | **CONTINUE SENTENCING** |
| vs.   ) | |
| ) | |
| BRENNAN NORDEN,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

      The United States files this errata to advise the Court that its Motion to Continue Sentencing (Document No. 108), should not have included the word "Unopposed" in the caption.  The United States believes that the motion will be opposed.

/ / / /

/ / / /

/ / / /

/ / / /

RESPECTFULLY SUBMITTED this 27th day of June, 2008, at Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/Bryan Schroder
>BRYAN SCHRODER
>Assistant U.S. Attorney
>222 W. 7th Avenue, #9, Rm. 253
>Anchorage, AK  99513-7567
>Phone: (907) 271-5071
>Fax: 907-271-1500
>Bryan.schroder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2008, that a true and correct copy of the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING FILED ON SHORTENED TIME** was served via Electronic Filing, on:

Robert Herz**,** Esq.

s/Kimberly Sayers-Fay
Office of the U.S. Attorney

U.S. v. Norden
3:06-cr-00038-RRB                                      2