IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-CR-0038-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **[PROPOSED] ORDER** |
| | ) | |
| BRENNAN NORDEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS SO ORDERED.  Plaintiff may appear by telephone for the Status Conference set for July 2, 2008 at 10:30 a.m.


Dated:_____        _____

RALPH R. BEISTLINE
United States District Judge