MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __BRENNAN NORDEN__   CASE NO. 3:06-CR-00038-RRB
Defendant: _X_ Present _X_ On Bond, Telephonic

BEFORE THE HONORABLE: RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER: COLLEEN YORK / CAROLINE EDMISTON

UNITED STATES' ATTORNEY: BRYAN SCHRODER, TELEPHONIC

DEFENDANT'S ATTORNEY: ROBERT HERZ

U.S.P.O.: PATTY WONG

PROCEEDINGS: STATUS AND SCHEDULING CONFERENCE HELD 07/02/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:35 a.m. court convened.

Court and counsel heard re defendant's medical condition.

Imposition of Sentence Hearing set **August 27, 2008 at 10:00 a.m.**

Defendant's detention continued.

At 10:47 a.m. court adjourned.

DATE: July 2, 2008     DEPUTY CLERK'S INITIALS: CGY/CME

Revised 6-18-07