Robert M. Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRENNAN NORDEN, ) <br> ) <br> Defendant. ) | Case No.: 3:06-cr-00038-RRB |

**MOTION ON SHORTENED TIME TO CONTINUE SENTENCING**

> A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. hereby moves this court on shortened time to continue the sentencing that is presently scheduled for Friday, September 5, 2008 at 10:00 a.m. Counsel for Mr. Norden will be out of the state of Alaska from Monday, September 1 through Friday September 5, 2008 and will be back into the office on Monday, September 8. Counsel has a pretrial conference and trial scheduled for Monday, September 8th in the United States District Court in USA vs. Carle et. al. Case No. 3:08-cr-00002-03-TMB.

However, beyond this immediate time conflict Mr. Norden maintains that sentencing in this case should be continued the week of October 6, 2008 for the following reasons. At the hearing on July 3, 2008 the government asked the court for time to allow

BOP to review the records produced by Mr. Norden on June 25. The government assured the court that the Bureau of Prisons would produce a report by July 27, 2008. The court tentatively scheduled sentencing for August 27, 2008. In setting this date the court recognized and acknowledged defense counsel concerns that depending on the content of the report about the sentencing date. Counsel indicated that defense experts and doctors may need to review the BOP report and may be needed to appear at sentencing, and that consequently, there could arise a need to delay sentencing past August 27, 2008. The court understood these concerns and acknowledged that re-scheduling sentencing could occur to allow these busy doctors and professionals enough time to incorporate any sentencing hearing date into their busy calendars. The court also noted that if a BOP report were timely disclosed that sentencing could perhaps proceed as scheduled.

However, no report was produced by the BOP or the government on July 27, 2008. On August 6, 2008 counsel left a detailed message for AUSA Schroeder and spoke with his paralegal inquiring when a report might be expected and reminding government counsel that a hearing was set for August 27. In both conversations, Counsel reminded Mr. Schroeder that if the BOP findings were adverse to Mr. Norden's position that he would be seeking additional consultations with Mr. Wise and the defendant's doctors. Counsel reminded Mr. Schroeder that if a BOP report were not produced before the end of the week that further late disclosure would likely delay sentencing. Counsel also informed both Mr. Schroeder and his paralegal that counsel would be out of town the week of August 11 through August 16, and would return to the office on August 18. Mr. Schroeder did not respond to this inquiry.

On August 18, 2008, Counsel again contacted Mr. Shroeder's office. Again Counsel left a detailed message for Mr. Schroder. Counsel reminded government counsel that no BOP report had yet been received. Counsel inquired if BOP still intended to produce such

a report and when it might be expected. Counsel again reminded the government that depending on the content of the report that Mr. Norden could be seeking additional consultations with his experts and doctors to respond to the report. Counsel inquired whether the government would be seeking a continuance of the hearing date that was set for the following week. Counsel asked for Mr. Schroeder to return the call and inform counsel of the government's intentions and position. Mr. Schroeder never returned this call either.

Two days later, Counsel received a supplemental sentencing memorandum via email on Wednesday, August 20th from Assistant U.S. Attorney Bryan Schroder with an attachment from the Bureau of Prisons signed by a doctor of osteopathy, Stephen Davis, D.O. Doctor Davis' declaration appears to indicate that he is in disagreement with Mr. Norden's expert Philip Wise, about the availability of appropriate treatment for Mr. Norden within BOP. Mr. Wise was the assistant Director of the BOP responsible for the Health Services Division. Presumably this would have made Dr. Davis subordinate to Mr. Wise on issues of policy and treatment during the time that Mr. Wise was running the entire country's health services division of the Federal Bureau of Prisons. Dr. Davis, a doctor of osteopathy, who has never examined Mr. Norden, apparently also contradicts the treatment recommendations of Mr. Norden's board certified surgeon and Mr. Norden's board certified psychiatrist.

Counsel originally filed various documents in aid of sentencing on June 25, 2008. Any opposition and/or contradictions to defendant's filing of June 25 should have been received no later than July 27. In theory, this was intended to give counsel, Mr. Norden and his experts at least four weeks to respond before the sentencing that was previously scheduled for August 27, 2008. At this point, with sentencing scheduled for September 2, 2008, two weeks is not enough time for counsel's experts to respond to the declaration received on August 20th. Counsel and Mr. Norden need additional time to allow defendant's expert

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

Phillip Wise and defendant's doctors to formally respond. Thereafter, this court should schedule a sentencing hearing.

For these reasons, Counsel proposes that any responsive declarations be filed by Mr. Norden by September 22, 2008. Furthermore, counsel respectfully requests this court schedule sentencing for a time approximately two weeks later, thus allowing enough time for these busy professionals to incorporate the proposed sentencing date into their busy professional calendars. Consequently, Counsel requests that sentencing be continued until the week of October 6, 2008. Counsel will be unavailable and out of state on October 10, and from October 13 through October 17, 2008.

DATED at Anchorage, Alaska, this 22nd day of August 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on August 22, 2008, a copy of the foregoing Motion was served electronically on Assistant United States Attorney s/ Robert Herz