NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
bryan.schroder@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00038-RRB |
| | ) | |
| Plaintiff, | ) | **UNITED STATES'** |
| | ) | **OPPOSITION TO** |
| vs. | ) | **DEFENDANT'S MOTION TO** |
| | ) | **CONTINUE SENTENCING** |
| BRENNAN NORDEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and opposes the Defendant's expedited motion to continue sentencing, Docket 117.

The Court has sufficient information to sentence the Defendant as scheduled on September 5, 2008. In response to the Defendant's filing of medical records, as

well as the statements of 3 doctors and a consultant, the Government filed a straight-forward, 7- page analysis of the capabilities of the Bureau of Prisons to provide appropriate medical care for the Defendant. That document was filed two weeks before the current sentencing date. If the Defendant wants the statement of the Bureau of Prisons physician reviewed, he has sufficient time to do so. There is no need for any additional delay.

It is the position of the Government that the Court has sufficient information to make its determination. Back injuries, while certainly serious, can be handled by a competent medical staff with reasonable resources. Extraordinary measures are not required

RESPECTFULLY SUBMITTED this 22nd day of August, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: bryan.schroder@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on a copy
of the foregoing was served electronically on:

Robert Herz


s/Bryan Schroder