Robert M. Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>                    Plaintiff,           )<br>                                                       )<br>vs.                                                 )<br>                                                       )<br>BRENNAN NORDEN,                  )<br>                                                       )<br>                    Defendant.        )  | Case No.: 3:06-cr-00038-RRB |

### MOTION TO CONTINUE SENTENCING

> A period of excludable delay under 18 U.S.C. 3161(h)(1)(F) may occur as a result of the filing/granting/denying of this motion.

      Defendant, Brennan Norden, by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. hereby moves this court to continue the sentencing that is presently scheduled for Thursday, October 16, 2008 at 10:00 a.m. In counsel's previous motion filed on August 22, 2008 [Doc. 117] counsel requested that the sentencing be continued until the week of October 6, 2008. In that pleading counsel informed the court that "counsel will be unavailable and out of state on October 10, and from October 13 through October 17, 2008." See Doc. 117. Counsel will be back in the office on October 21.

      Counsel is available in the afternoon on October 21, all day on October 22, 23, and 24. Counsel has a trial scheduled for October 27 in USA v. Lockard, Case No. 3:07-CR-00148-01

(RRB) which is expected to last 15 days. Consequently, counsel requests the court to re-schedule sentencing for the week of October 21, 2008.

DATED at Anchorage, Alaska, this 26th day of August 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

**CERTIFICATE OF SERVICE**
I hereby certify that on August 26, 2008, a copy of the foregoing Motion to Continue Sentencing was served electronically on Assistant United States Attorney s/ Robert Herz