IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| BRENNAN NORDEN, ) | Case No.: 3:06-cr-00038-RRB |
| ) | |
| Defendant. ) | |

## ORDER

Based upon the motion on shortened time to continue sentencing filed by Brennan Norden and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that the motion is GRANTED. The imposition of sentencing is rescheduled for the ____ day of October, 2008 at ____ a.m./p.m.

DONE at Anchorage, Alaska this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net